Steve EDMONDS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1968.

J. K. Beasley, Harlan, for appellant.

John B. Breckinridge, Atty. Gen., David Murrell, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM.

Steve Edmonds has made a motion for an appeal from a judgment convicting him of violation of the local-option law and fixing his penalty at confinement in the county jail for thirty days plus a fine of $20.

A thorough review of the record and consideration of the questions presented convince the court that there was no error prejudicing the substantial rights of the appellant. Accordingly, the motion for appeal is denied.

All concur.